United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DESMOND EARL LOVE,<br>Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Defendant. | Case No. 5:26-cv-07948 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Thomas S. Hixson for consideration of whether the case is related to 3:22-cv-02926 TSH, *Desmond Earl Love v. Kilolo Kijakazi*.

Dated: August 3, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge