United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND EARL LOVE,<br>Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Defendant. | Case No. 22-cv-02926-TSH<br><br>**ORDER REGARDING RELATED CASE AND REASSIGNMENT** |
| DESMOND EARL LOVE,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 26-cv-07948-NC |

The Court previously determined that *Love v. Commissioner of Social Security*, Case No. 26-cv-07948-NC, is related to *Love v. Kijakazi*, 22-cv-02926-TSH, under Civil Local Rule 3-12. Following that determination, Plaintiff filed a declination to proceed before a magistrate judge in the related action. *See* 26-7948, ECF No. 9. The Clerk thereafter reassigned the case under General Order No. 44 from Magistrate Judge Nathaniel Cousins to District Judge Jon S. Tigar. ECF No. 11. Later that same day, based on the related-case determination, the case was directly reassigned to the undersigned, and Judge Tigar was removed from the case. ECF No. 12.

The related-case determination does not eliminate the requirement that all parties consent before a magistrate judge may exercise jurisdiction under 28 U.S.C. § 636(c). Thus, although the cases remain related within the meaning of Civil Local Rule 3-12, the related action may not proceed before the undersigned absent the consent of all parties. Accordingly, the Clerk of Court

United States District Court
Northern District of California

shall reassign 26-7948 to a district judge in accordance with the Court's applicable assignment procedures. *See Corral v. Select Portfolio Servicing, Inc.*, 15-cv-01542-EMC, ECF No. 26 (finding two actions were related under Civil Local Rule 3-12, but the related-case determination did not permit reassignment to a magistrate judge because a party had declined magistrate judge jurisdiction in the later-filed action).

**IT IS SO ORDERED.**

Dated: August 10, 2026

THOMAS S. HIXSON
United States Magistrate Judge